Francis O. Scarpulla (SBN 41059)
Patrick B. Clayton (SBN 240191)
LAW OFFICES OF FRANCIS O. SCARPULLA
456 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 788-7210
Email:   fos@scarpullalaw.com
            pbc@scarpullalaw.com

Attorneys for Creditors
GER HOSPITALITY, LLC and
RICHARD W. CARPENETI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| In re: | Case No. 3:19-cv-05257-JD |
|---|---|
| PG&E CORPORATION<br><br>-and-<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>                    Debtors. | NOTICE OF APPEARANCE OF FRANCIS O. SCARPULLA AND PATRICK B. CLAYTON |

PLEASE TAKE NOTICE that Francis O. Scarpulla and Patrick B. Clayton of the Law Offices of Francis O. Scarpulla hereby appear on behalf of Creditors GER HOSPITALITY, LLC and RICHARD W. CARPENETI in the above-captioned case, *In re PG&E Corporation and Pacific Gas and Electric Company, Debtors*, USDC/NDCA Case No. 19-cv-05257.

Dated: September 3, 2019                     LAW OFFICES OF FRANCIS O. SCARPULLA


By:        /s/ Francis O. Scarpulla
               Francis O. Scarpulla

FRANCIS O. SCARPULLA (SBN 41059)
PATRICK B. CLAYTON (SBN 240191)
LAW OFFICES OF FRANCIS O. SCARPULLA
456 Montgomery Street, 17th Floor
San Francisco, CA  94104
Tel.:  (415) 788-7210
Fax:  (415) 788-0706
Email: fos@scarpullalaw.com
            pbc@scarpullalaw.com

Counsel for GER HOSPITALITY, LLC and RICHARD W. CARPENETI

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing NOTICE OF APPEARANCE OF FRANCIS O. SCARPULLA AND PATRICK B. CLAYTON was filed *via* CM/ECF on September 3, 2019, and as a result has been served on all counsel of record *via* transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ Francis O. Scarpulla
Francis O. Scarpulla