UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PG&E CORPORATION and  
PACIFIC GAS & ELECTRIC COMPANY

Debtors.

Case No: 3:19-cv-05257-JD

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**  
(CIVIL LOCAL RULE 11-3)

I, Michael S. Palmieri, an active member in good standing of the bar of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: The Baupost Group, L.L.C. in the above-entitled action. My local co-counsel in this case is Debra I. Grassgreen, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 7 Times Square<br>New York, NY 10036-6516 | 150 California Street, 15th Floor<br>San Francisco, CA 94111 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (212) 833-1100 | (415) 263-7000 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| mpalmieri@fklaw.com | dgrassgreen@pszjlaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 4811980.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated:                                                    Michael S. Palmieri  
                                                                APPLICANT

**ORDER GRANTING APPLICATION  
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Michael S. Palmieri is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: September 24, 2019

UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

*PRO HAC VICE* APPLICATION & ORDER                                         *October 2012*