UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>PG&E CORPORATION<br><br>    -and-<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>    Debtors. | Case No. 3:19-cv-05257-JD<br><br>**SCHEDULING ORDER** |

The Court sets the following schedule for the Section 502(c) estimation proceedings in this case. The parties are advised to review and comply with the Court's Standing Order for Civil Cases and Standing Order for Discovery in Civil Cases, as applicable.

| **Event** | **Deadline** |
|---|---|
| Substantial completion of document production by PG&E responsive to current requests. | October 15, 2019 |
| Initial disclosure of fact and expert witnesses, with expert type and subject matter. | October 23, 2019 |
| Disclosure of documents likely to be used at the hearing or relied upon by experts. | December 2, 2019 |
| Exchange initial expert reports, documents and data. | December 13, 2019 |
| Close of fact discovery. | December 23, 2019 |
| Exchange rebuttal expert reports, documents and data. | January 13, 2020 |
| File witness lists. | January 15, 2020 |

| Event | Deadline |
|---|---|
| Close of expert discovery. | February 6, 2020 |
| File exhibit lists. | February 6, 2020 |
| Exchange objections to exhibits. | February 12, 2020 |
| File opening briefs. | February 12, 2020 |
| First day of hearing. | February 18, 2020 |

All the dates set by the Court should be regarded as firm. Counsel may not modify these dates by stipulation without leave of court.

**IT IS SO ORDERED.**

Dated: October 11, 2019

JAMES DONATO
United States District Judge