Robert A. Julian (SBN 88469)
Cecily A. Dumas (SBN 111449)
Kimberly S. Morris (SBN 249933)
BAKER & HOSTETLER LLP
1160 Battery Street, Suite 100
San Francisco, CA 94111
Telephone:    628.208.6434
Facsimile:    310.820.8859
Email: rjulian@bakerlaw.com
Email: cdumas@bakerlaw.com
Email: kmorris@baker.law.com

Eric E. Sagerman (SBN 155496)
Lauren T. Attard (SBN 320898)
BAKER & HOSTETLER LLP
11601 Wilshire Blvd., Suite 1400
Los Angeles, CA 90025-0509
Telephone:  310.820.8800
Facsimile:    310.820.8859
Email: esagerman@bakerlaw.com
Email: lattard@bakerlaw.com

*Counsel to the Official Committee of Tort Claimants*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** | Case No.  19-cv-05257-JD |
| **PG&E CORPORATION** | (Bankr. Case No. 19-30088-DM) |
| **-and-** | |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | **NOTICE OF FILING MOTION FOR EXTENSION OF BAR DATE AND SUPPORTING DECLARATIONS BY THE OFFICIAL COMMITTEE OF TORT CLAIMANTS** |
| **Debtors.** | |

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
SAN FRANCISCO

NOTICE OF FILING MOTION FOR EXTENSION OF BAR DATE AND SUPPORTING DECLARATIONS BY
THE OFFICIAL COMMITTEE OF TORT CLAIMANTS -Case No.: 19-cv-05257-JD

PLEASE TAKE NOTICE that on October 18, 2019, the Official Committee of Tort Claimants (the "**TCC**") filed a Motion of the Official Committee of Tort Claimants Pursuant to 11 U.S.C. §§ 105(a) and 501 and Fed. R. Bankr. P. 3003(c) for Entry of an Order Extending the Bar Date (the "**Motion**"), along with the following supporting documents, attached here to as Exhibit A:

1.      Memorandum of Points and Authorities in Support of Motion of the Official Committee of Tort Claimants Pursuant to 11 U.S.C. §§ 105(a) and 501 and Fed. R. Bankr. P. 3003(c) for Entry of an Order Extending the Bar Date;

2.      Notice of Hearing on Motion of the Official Committee of Tort Claimants Pursuant to 11 U.S.C. §§ 105(a) and 501 and Fed. R. Bankr. P. 3003(c) for Entry of An Order Extending the Bar Date;

3.      Declaration of Robert A. Julian in Support of Motion of the Official Committee of Tort Claimants Pursuant to 11 U.S.C. §§ 105(a) and 501 and Fed. R. Bankr. P. 3003(c) for Entry of an Order Extending the Bar Date;

4.      Declaration of Roger K. Pittman;

5.      Declaration of Richard Barton in Support of Motion of the Official Committee of Tort Claimants Pursuant to 11 U.S.C. §§ 105(a) and 501 and Fed. R. Bankr. P. 3003(c) for Entry of an Order Extending the Bar Date;

6.      Declaration of Mikko Bojarsky in Support of Motion of the Official Committee of Tort Claimants Pursuant to 11 U.S.C. §§ 105(a) and 501 and Fed. R. Bankr. P. 3003(c) for Entry of an Order Extending the Bar Date;

7.      Declaration of Lynda Bradway in Support of Motion of the Official Committee of Tort Claimants Pursuant to 11 U.S.C. §§ 105(a) and 501 and Fed. R. Bankr. P. 3003(c) for Entry of an Order Extending the Bar Date;

8.      Declaration of Nathaniel Brown in Support of Motion of the Official Committee of Tort Claimants Pursuant to 11 U.S.C. §§ 105(a) and 501 and Fed. R. Bankr. P. 3003(c) for Entry of an Order Extending the Bar Date;

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

NOTICE OF FILING MOTION FOR EXTENSION OF BAR DATE AND SUPPORTING DECLARATIONS BY THE OFFICIAL COMMITTEE OF TORT CLAIMANTS - Case No.: 19-cv-05257-JD

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

9.       Declaration of Samantha Chocktoot in Support of Motion of the Official Committee of Tort Claimants Pursuant to 11 U.S.C. §§ 105(a) and 501 and Fed. R. Bankr. P. 3003(c) for Entry of an Order Extending the Bar Date;

10.       Declaration of Elizabeth Davis in Support of Motion of the Official Committee of Tort Claimants Pursuant to 11 U.S.C. §§ 105(a) and 501 and Fed. R. Bankr. P. 3003(c) for Entry of an Order Extending the Bar Date;

11.       Declaration of Marjorie Everidge in Support of Motion of the Official Committee of Tort Claimants Pursuant to 11 U.S.C. §§ 105(a) and 501 and Fed. R. Bankr. P. 3003(c) for Entry of an Order Extending the Bar Date;

12.       Declaration of Brooke Gardner in Support of Motion of the Official Committee of Tort Claimants Pursuant to 11 U.S.C. §§ 105(a) and 501 and Fed. R. Bankr. P. 3003(c) for Entry of an Order Extending the Bar Date;

13.       Declaration of Mary Gardner in Support of Motion of the Official Committee of Tort Claimants Pursuant to 11 U.S.C. §§ 105(a) and 501 and Fed. R. Bankr. P. 3003(c) for Entry of an Order Extending the Bar Date;

14.       Declaration of Patricia Garrison Declaration in Support of Motion of the Official Committee of Tort Claimants Pursuant to 11 U.S.C. §§ 105(a) and 501 and Fed. R. Bankr. P. 3003(c) for Entry of an Order Extending the Bar Date;

15.       Declaration of Ryan Mooney Declaration in Support of Motion of the Official Committee of Tort Claimants Pursuant to 11 U.S.C. §§ 105(a) and 501 and Fed. R. Bankr. P. 3003(c) for Entry of an Order Extending the Bar Date;

16.       Declaration of Dr. Scheherazade Shamsavari in Support of Motion of the Official Committee of Tort Claimants Pursuant to 11 U.S.C. §§ 105(a) and 501 and Fed. R. Bankr. P. 3003(c) for Entry of an Order Extending the Bar Date;

17.       Declaration of Steven Thomas in Support of Motion of the Official Committee of Tort Claimants Pursuant to 11 U.S.C. §§ 105(a) and 501 and Fed. R. Bankr. P. 3003(c) for Entry of an Order Extending the Bar Date;  and

18.       Redacted Declaration of James Drinkhall.

1    Dated:    October 22, 2019      Respectfully submitted,

2

3                          BAKER & HOSTETLER LLP

4                          By:      */s/Robert A. Julian*

5                                 Robert A. Julian
                                 Cecily A. Dumas

6                                  Kimberly S. Morris
                                 Eric S. Sagerman

7                                  Lauren T. Attard

8                          *Counsel to the Official Committee of Tort Claimants*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

- 4 -