WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER & BENVENUTTI LLP
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

CRAVATH, SWAINE & MOORE LLP
Paul H. Zumbro (*pro hac vice*)
(pzumbro@cravath.com)
Timothy G. Cameron (*pro hac vice*)
tcameron@cravath.com
Kevin J. Orsini (*pro hac vice*)
(korsini@cravath.com)
Omid H. Nasab (*pro hac vice*)
(onasab@cravath.com)
825 Eighth Avenue
New York, NY 10019
Tel: 212 474 1000
Fax: 212 474 3700

*Attorneys for Debtors and Debtors in Possession*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**<br><br>-and-<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors. | Case No. 19-cv-05257-JD<br><br>Bankr. Case No. 19-30088-DM<br><br>**PARTIES' JOINT STATUS CONFERENCE STATEMENT IN ADVANCE OF OCTOBER 28, 2019 STATUS CONFERENCE ON ESTIMATION** |

PG&E Corporation and Pacific Gas and Electric Company (together, "**PG&E**" or the "**Debtors**") and the Official Committee of Tort Claimants (the "**TCC**") (collectively, the "**Parties**") hereby submit this Joint Status Conference Statement ("**Joint Statement**") in advance of the status conference scheduled for October 28, 2019.[1]

As requested by the Court at the October 21, 2019, hearing, the Parties have met and conferred to discuss the substance and distribution process of a proposed Wildfire Claimant Questionnaire. Although the Parties have been able to resolve many issues, the Parties have been unable to fully agree on a form of questionnaire or the process for selecting the sample of responding claimants, as well as the methods for distribution and collection of the responses.

The parties hereby jointly submit the following documents in advance of tomorrow's hearing regarding the proposed Wildfire Claimant Questionnaire:

1. The Debtors' proposed questionnaire (**Exhibit A**)
2. The Debtors' proposed sampling and distribution methodology (**Exhibit B**)
3. The TCC's proposed questionnaire (**Exhibit C**)
4. A redline of the TCC's proposed questionnaire against the Debtors' proposed questionnaire (**Exhibit D**)

The Parties are prepared to discuss these materials with the Court.

## II. PROPOSED METHODOLOGY

### A. TCC's Proposal

The Debtors have requested that questionnaire responses be obtained by December 6. Given that time frame, and based on feedback from fire victims' counsel whose involvement will be necessary in the process to meet this deadline, TCC proposes the following process:

- All questionnaire communications must be through counsel for the fire victims, and victims without representation may not be contacted by PG&E about questionnaires. This is consistent with the TCC's understanding of the Court's view. 10/21/19 Hearing Transcript at page 35, lines 2-5.

---

[1] Unless separately defined, all capitalized terms are as defined in the Parties' Joint Status Conference Statement (Dkt. 13).

- Up to 500 represented households may be asked to respond to questionnaires, with each person over 18 years of age living in the home who may have a claim for damages from the Fire completing a questionnaire. With fire victims displaced and often difficult to reach, the TCC understands it would be challenging, if not impossible, for the victims' counsel to facilitate responses to more than 500 household questionnaires before the November 22nd deadline.

- The TCC, with PG&E's input, will select the fire victims who will be requested to respond to questionnaires. The TCC understands that the victims' counsel can identify their clients likely capable of responding before the deadline, and a joint selection of case categories can help assure that those responding are representative of the various fires.

- Once the claims are selected, a list shall be provided to BrownGreer, who will administer the distribution of questionnaires to counsel. Questionnaire responses will ultimately be uploaded electronically to BrownGreer. BrownGreer will compile and report questionnaire response information within five days of the response deadline and complete a secure bulk upload of the completed questionnaires to PG&E. The questionnaire calls for private, personal and confidential information. The questionnaires responses must be treated as Professional Eyes Only under the Protective Order.

- The questionnaire responses may only be used for purposes of the estimation and not in connection with any claims objections or other litigation.

B.   Debtors' Proposal

The Debtors' proposed methodology is attached hereto as **Exhibit B**.

Dated: October 27, 2019

        CRAVATH, SWAINE & MOORE LLP

         /s/ Timothy G. Cameron
        Paul H. Zumbro
        Timothy G. Cameron
        Kevin J. Orsini
        Omid H. Nasab
        825 Eighth Avenue
        New York, NY 10019
        Telephone: 212.474.1000
        Facsimile:  212.474.3700
        Email: pzumbro@cravath.com
        Email: tcameron@cravath.com
        Email: korsini@cravath.com
        Email: onasab@cravath.com

        WEIL, GOTSHAL & MANGES LLP

        Stephen Karotkin
        Ray C. Schrock, P.C.
        Jessica Liou
        767 Fifth Avenue
        New York, NY 10153-0119
        Telephone: 212.310.8000
        Facsimile: 212.310.8007
        Email: stephen.karotkin@weil.com
        Email: ray.schrock@weil.com
        Email: jessica.liou@weil.com

        KELLER & BENVENUTTI LLP

        Tobias S. Keller (SBN 151445)
        Jane Kim (SBN 298192)
        650 California Street
        San Francisco, CA 94108
        Telephone: 415.496.6723
        Facsimile: 650.636.9251
        Email: tkeller@kellerbenvenutti.com
        Email: jkim@kellerbenvenutti.com

        *Counsel for the Debtors and Debtors in Possession*

|   |   |
|---|---|
| 1 | BAKER & HOSTETLER LLP |
| 2 | /s/ Kimberly S. Morris |
|   | Kimberly S. Morris |
| 3 | Robert A. Julian |
|   | Cecily A. Dumas (SBN 111449) |
| 4 | 1160 Battery Street, Suite 100 |
|   | San Francisco, CA 94111 |
| 5 | Telephone:    628.208.6434 |
|   | Facsimile:    310.820.8859 |
| 6 | Email: kmorris@bakerlaw.com |
|   | Email: rjulian@bakerlaw.com |
| 7 | Email: cdumas@bakerlaw.com |

Eric E. Sagerman (SBN 155496)
Lauren T. Attard (SBN 320898)
BAKER & HOSTETLER LLP
11601 Wilshire Blvd., Suite 1400
Los Angeles, CA 90025-0509
Telephone:    310.820.8800
Facsimile:    310.820.8859
Email: esagerman@bakerlaw.com
Email: lattard@bakerlaw.com

*Counsel to the Official Committee of Tort Claimants*

"Pursuant to Local Rule 5-1(i)(3), I, Thomas B. Rupp, attest that concurrence in filing this document has been obtained from the other signatories."

KELLER & BENVENUTTI LLP

 /s/ *Thomas B. Rupp*
Tobias S. Keller (SBN 151445)
Jane Kim (SBN 298192)
650 California Street
San Francisco, CA 94108
Telephone: 415.496.6723
Facsimile: 650.636.9251
Email: tkeller@kellerbenvenutti.com
Email: jkim@kellerbenvenutti.com