UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Civil Minutes

Date: December 2, 2019  Judge: Hon. James Donato

Time: 22 Minutes

Case No.     **C-19-05257-JD**
Case Name    **In re PG&E Corporation and Pacific Gas and Electric Company**

Attorneys for Claimants:   Benjamin P. McCallen/Margot Mooney/Steven J. Skikos/Sara Winslow/Paul J. Pascuzzi/David W. Rice/Robert A. Julian/ Richard K. Bridgford/James P. Frantz/Ashley Vinson Crawford/Tracy L. Winsor/Kimberly S. Morris
Attorney for Debtors:      Kevin J. Orsini

Deputy Clerk: Lisa R. Clark                                      Court Reporter: Belle Ball

PROCEEDINGS

Status Conference -- Held

NOTES AND ORDERS

For the discovery dispute letters, Dkt. Nos. 241, 244, the parties will meet and confer on production of the CAL FIRE report with redactions. They should advise the Court of the status of the discussions by December 5, 2019. The request for inspections of physical evidence is denied at this time. If after reading the report, a compelling need for that evidence can be demonstrated, the Court will reconsider the request. The wild fire claimants may take one Federal Rule of Civil Procedure 30(b)(6) deposition of CAL FIRE.

The California state agencies will make every effort to participate in the proceedings beginning February 18, 2020, if it is determined by December 30, 2019, that they have claims subject to estimation.

PG&E and the California state agencies inform the Court they will file a protective order in the bankruptcy court by December 4, 2019.

A further status conference is set for December 16, 2019, at 2:00 p.m. The parties may advise the Court if the conference is not necessary by 12:00 p.m. California time on December 13, 2019.