1  Dennis F. Dunne (admitted *pro hac vice*)
   Samuel A. Khalil (admitted *pro hac vice*)
2  MILBANK LLP
   55 Hudson Yards
3  New York, New York 10001-2163
   Telephone: (212) 530-5000
4  Facsimile: (212) 530-5219

5  *and*

6  Gregory A. Bray (SBN 115367)
   Thomas R. Kreller (SBN 161922)
7  MILBANK LLP
   2029 Century Park East, 33rd Floor
8  Los Angeles, CA 90067
   Telephone:  (424) 386-4000
9  Facsimile:  (213) 629-5063

10 *Counsel for the Official Committee*
   *of Unsecured Creditors*

11

                    **UNITED STATES DISTRICT COURT**
12
                  **NORTHERN DISTRICT OF CALIFORNIA**
13
                      **SAN FRANCISCO DIVISION**

14

15 | In re: | Civil Case No. 19-05257 (JD) |

16 PG&E CORPORATION          Case No. 19-30088 (DM)

17        - and -            Chapter 11

18 PACIFIC GAS AND ELECTRIC  (Lead Case) (Jointly Administered)
   COMPANY,
19              Debtors.     **STATEMENT AND RESERVATION OF**
                             **RIGHTS OF OFFICIAL COMMITTEE OF**
20                           **UNSECURED CREDITORS REGARDING**
                             **DEBTORS' MOTION PURSUANT TO 11**
21                           **U.S.C. §§ 105(A) AND 502(C) TO ESTABLISH**
                             **ESTIMATED AMOUNT OF FIRE VICTIM**
22                           **CLAIMS FOR ALL PURPOSES OF THE**
                             **CHAPTER 11 CASES**
23
                             Date:        May 21, 2020
24                           Time:        10:00 a.m.
                             Place:       Courtroom 11
25                           Judge:       Hon. James Donato

26

27

28

The Official Committee of Unsecured Creditors (the "Creditors' Committee") appointed in the above-captioned chapter 11 cases hereby submits this statement and reservation of rights in connection with the *Debtors' Motion Pursuant to 11 U.S.C. §§ 105(a) and 502(c) to Establish Estimated Amount of Fire Victim Claims for All Purposes of the Chapter 11 Cases* [Docket No. 286] (the "Motion").[1]

### STATEMENT AND RESERVATION OF RIGHTS

The Creditors' Committee submits this statement and reservation of rights in light of the TCC's "Response" filed yesterday, April 2, 2020 [Docket No. 295], to the Debtors' Motion. The Response goes beyond the relief requested in the Motion and affirmatively seeks to fashion its *own* relief – including that the Court issue an order that not only estimates Fire Victim Claims at $13.5 billion, but **further directs the form of currency in which the $13.5 billion must be paid**, according to the framework of an RSA that the TCC alleges has been breached. The TCC also appears to ask the Court to issue this alternative order without regard to the conditions precedent in the RSA, including whether the TCC's class votes to approve the Plan or whether the Plan is confirmed by June 30, 2020.

The Creditors' Committee reserves its rights to respond to the TCC's Response on or before the April 10, 2020 deadline for replies in connection with the Debtors' Motion.

Dated: April 3, 2020

**MILBANK LLP**

*/s/ Gregory A. Bray*
DENNIS F. DUNNE
SAMUEL A. KHALIL
GREGORY A. BRAY
THOMAS R. KRELLER

*Counsel for the Official Committee of Unsecured Creditors*

---

[1] Capitalized terms not defined herein shall have the meanings given them in the *Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated March 16, 2020* [Bankr. Docket No. 6320] (the "Plan").