| | |
|---|---|
| WEIL, GOTSHAL & MANGES LLP<br>Stephen Karotkin (*pro hac vice*)<br>(stephen.karotkin@weil.com)<br>Theodore E. Tsekerides (*pro hac vice*)<br>(theodore.tsekerides@weil.com)<br>Jessica Liou (*pro hac vice*)<br>(jessica.liou@weil.com)<br>Matthew Goren (*pro hac vice*)<br>(matthew.goren@weil.com)<br>767 Fifth Avenue<br>New York, NY 10153-0119<br>Tel: 212 310 8000<br>Fax: 212 310 8007 | CRAVATH, SWAINE & MOORE LLP<br>Paul H. Zumbro (*pro hac vice*)<br>(pzumbro@cravath.com)<br>Kevin J. Orsini (*pro hac vice*)<br>(korsini@cravath.com)<br>Omid H. Nasab (*pro hac vice*)<br>(onasab@cravath.com)<br>825 Eighth Avenue<br>New York, NY 10019<br>Tel: 212 474 1000<br>Fax: 212 474 3700 |

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel:   (415) 496-6723
Fax:   (415) 636-9251

*Attorneys for Debtors and Debtors in Possession*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>        - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>                        Debtors. | Civil Case No. 19-05257 (JD)<br><br>Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**DEBTORS' STATEMENT CONCERNING PLAN VOTING RESULTS** |

PG&E Corporation and Pacific Gas and Electric Company (together, "**PG&E**" or the "**Debtors**") submit this statement regarding the preliminary results of the vote on the Debtors' Amended Plan of Reorganization, Bankr. Dkt. No. 6320 (Mar. 16, 2020) (the "**Plan**").

Voting on the Plan ended on May 15, 2020. The preliminary voting results indicate overwhelming acceptance of the Plan by the wildfire victims entitled to vote. The results have not yet been certified and are subject to ongoing review by the Debtors' balloting agent. The Debtors expect the voting results for the Plan to be certified and filed with the Bankruptcy Court later this week. In light of the preliminary voting results, the Debtors intend to proceed with the hearing on the Debtors' Motion to Establish the Estimated Amount of Fire Victim Claims, Dkt. No. 286, scheduled for May 21, 2020 at 10:00 a.m.

Dated: May 18, 2020

**WEIL, GOTSHAL & MANGES LLP**
**CRAVATH, SWAINE & MOORE LLP**
**KELLER BENVENUTTI KIM LLP**

/s/ *Kevin J. Orsini*
Kevin J. Orsini

*Attorneys for Debtors and Debtors in Possession*

"Pursuant to Local Rule 5-1(i)(3), I, Thomas B. Rupp, attest that concurrence in filing this document has been obtained from the other signatories."

KELLER BENVENUTTI KIM LLP

/s/ *Thomas B. Rupp*
Thomas B. Rupp