

<div align="center">

**540 Pacific Avenue**
**San Francisco, California 94133**
Telephone: (415) 399-1015
Mobile: (415) 200-9407

</div>

Rich@TrodellaLapping.com                                              Facsimile: (415) 651-9004

<div align="center">

May 26, 2020

</div>

<u>By ECF</u>

The Honorable James Donato, United States District Judge
United States District Court, Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Re:     *In re PG&E Corporation and Pacific Gas and Electric Company*
        Case No. 3:19-cv-05257-JD (N.D. Cal.)

Your Honor:

  Certain Fire Victims who objected to the Debtors' estimation motion have reviewed the most recent statement from them this afternoon and what was filed was not "evidence" as Your Honor ordered at the May 19th hearing, but merely a recital of what the Debtors and TCC collectively looked at when they engaged in settlement discussions.  However, the evidence is identified in the statement filed today, and that is what should have been placed in the record to support Your Honor's estimation number.

  We shall respond tomorrow with a more formal objection to the Debtors' attempt to convince the Court to change Your Honor's ruling on May 19th about simply stating that the number for the unliquidated fire victim estimated damages amount to be paid by the Debtors is $13.5 billion.

<div style="margin-left: 45%">

Respectfully yours,

Richard A. Lapping
 And, with permission,
Francis O. Scarpulla
Jeremiah F. Hallisey

</div>

cc:  All Counsel of Record (by ECF)